IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL T. PARKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2786

Opinion filed August 24, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Michael T. Parker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is dismissed.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.